# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOHN ROBERT DEMOS  
Washington DOC#287455                                                               PETITIONER

VS.                              4:12CV00802 BRW/JTR

UNITED STATES SECRETARY  
OF DEFENSE                                                                           RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the objections filed by Petitioner.  After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus (docket entry #1) is DENIED, and this case is DISMISSED, WITH PREJUDICE.  IT IS FURTHER ORDERED THAT a Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

Dated this 24th day of January, 2013.

/s/Billy Roy Wilson  
UNITED STATES DISTRICT JUDGE