# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOHN ROBERT DEMOS
Washington DOC#287455                                                              PETITIONER

VS.                               4:12CV00802 BRW/JTR

UNITED STATES SECRETARY
OF DEFENSE                                                                                   RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, WITH PREJUDICE, and Judgment is entered in favor of Respondent.

Dated this 24th day of January, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE